UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

   - v. -
                               :    ORDER

JEVGENI BOKOV,
AMID MAGERRAMOV,             :   18 Mag. 6755
NIKOLAI NIFTALIJEV, and
VITALI VORONJUK,             :

            Defendants.  :
- - - - - - - - - - - - - - - - - x

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Shawn G. Crowley;

       It is found that the Complaint in the above-captioned action, 18 Mag. 6755, is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore

       ORDERED that the Complaint, 18 Mag. 6755, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
          September 5, 2018

                                       _____
                                       THE HONORABLE HENRY B. PITMAN
                                       UNITED STATES MAGISTRATE JUDGE



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2018

By Hand

The Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States of America* v. *Jevgeni Bokov et al.*
            **18 Mag. 6755**

Dear Judge Pitman:

      The Government respectfully submits this letter requesting that Complaint 18 Mag. 6755 be unsealed and docketed. The Complaint was filed on August 7, 2018. That same day, and pursuant to the Complaint, the Honorable Katharine H. Parker, United States Magistrate Judge for the Southern District of New York, signed warrants for the arrests of Jevgeni Bokov, Amid Magerramov, Nikolai Niftalijev, and Vitali Voronjuk. On September 4, 2018, these defendants were arrested pursuant to those arrest warrants. Accordingly, the Government respectfully requests that the Complaint be unsealed.

                          Respectfully submitted,

                          GEOFFREY S. BERMAN
                          United States Attorney
                          Southern District of New York

                  By: _____/s/_____
                      Shawn G. Crowley
                      Assistant United States Attorney
                      (212) 637-1034